**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| PAUL BERGER, individually and on behalf of all others similarly situated, | Civil Action No. 1:26-cv-00842-SKC-TPO |
| Plaintiff, | |
| v. | |
| MERCER ADVISORS, INC. and MERCER GLOBAL ADVISORS, INC. | |
| Defendants. | |
| JOHN AMICK, individually and on behalf of all others similarly situated, | Civil Action No. 1:26-cv-00923-NRN |
| Plaintiff, | |
| v. | |
| MERCER ADVISORS, INC. and MERCER GLOBAL ADVISORS, INC. | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION TO <u>CONSOLIDATE</u>
<u>CASES AND APPOINT INTERIM CO-LEAD COUNSEL</u>**

This matter is before the Court on Plaintiffs' Motion to Consolidate Cases and Appoint

Gary Klinger of Milberg, PLLC; James J. Pizzirusso of Hausfeld, LLP; and Linda P. Nussbaum of

Nussbaum Law Group, P.C. as interim Co-Lead Counsel; and Eric Olson of Olson Grimsley

Kawanabe Hinchcliff & Murray LLC as interim Liaison Counsel ("Proposed Interim Class

Counsel"). The Court has reviewed the Motion and finds that it should be granted for good cause

and for the reasons stated in the Motion.

Accordingly, the Court orders that Plaintiffs' Motion is granted. The Court orders as follows:

1.      Case Nos. 1:26-cv-00842-SKC-TPO and 1:26-cv-00923-NRN are consolidated for all purposes, pursuant to Federal Rule of Civil Procedure 42(a), and the consolidated cases shall proceed under this case number, Case No. 1:26-cv-00842-SKC-TPO, and the case name *In re Mercer Advisors Data Security Litigation* (the "Consolidated Action").

2.      All deadlines previously set in the above-captioned cases are hereby vacated. Defendants are not required to respond to the initial complaints in these cases or in later-filed cases in which plaintiffs allege substantially similar claims.

3.      Pursuant to Rule 42, the Court also orders as follows to organize this Consolidated Action:

- Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within thirty (30) days;

- Defendants will file a responsive pleading to the Consolidated Complaint within sixty (60) days of its receipt of the Consolidated Complaint; and

- If Defendants respond by way of motion, Plaintiffs will have forty-five (45) days to oppose Defendants motion, and Defendants will have thirty (30) days to reply.

4.      Mr. Klinger, Mr. Pizzirusso, and Ms. Nussbaum are appointed as Interim Class Counsel for Plaintiffs.

5.      Interim Class Counsel shall have the responsibilities set forth below:

a.      Determine and present (in briefs, oral argument, or such other fashion as

2

may be appropriate, personally or by a designee) to the Court and opposing parties the position of the putative Class on all matters arising during pretrial proceedings;

b.  Coordinate the initiation and conduct of discovery on behalf of the putative Class consistent with the requirements of the applicable law and the local rules of this Court;

c.  Convene meetings amongst counsel;

d.  Conduct settlement negotiations on behalf of the putative Class;

e.  Delegate tasks to other plaintiffs' counsel as needed and appropriate in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

f.  Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

g.  Monitor the activities of all counsel to ensure that schedules and litigation deadlines are met and unnecessary expenditures of time and funds are avoided;

h.  Ensure that all counsel comport with the billing and expense protocol being used by the leadership team and that will be submitted to the Court for approval;

i.  Perform such other duties as may be incidental to the proper coordination of pretrial activities or authorized by further order of this Court;

j.  Serve as the primary contact for communications between the Court and

3

other counsel;

k. Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on counsel via the Court's electronic filing system);

l. Communicate with defense counsel as necessary to promote the efficient advancement of this litigation;

m. Allocate and apportion any Court awarded attorneys' fees, costs, and expenses; and

n. Perform all other duties or tasks as are necessary to the prosecution of this matter on behalf of the putative Class.

6. Mr. Olson is appointed as Interim Liaison Counsel, and shall serve as the primary point of contact with the Court and Defendants and coordinate the efficient prosecution of the action consistent with practices in the District.

7. This Order shall apply to the Consolidated Action, and all actions subsequently filed in, transferred to, or removed to this Court that arise out of the same or similar set of operative facts as the Consolidated Action.

**IT IS SO ORDERED.**

DATED:  April 3, 2026                    BY THE COURT:


_____

S. Kato Crews
United States District Judge

4